UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 16-00136** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **ROBERT E. DURHAM** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Robert E. Durham, and adjudges him guilty of the offense charged in Count One of the Bill of Information against him.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the District Court accepts defendant's agreement to forfeit and abandon any claim or interest he may have in the firearm(s) described in the Bill of Information.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 21st day of June, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE